UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------x
                              :
UNITED STATES OF AMERICA      :
                              :
v.                            :   CRIM. NO. 3:02CR00250(AWT)
                              :
RODNEY BRANDY                 :
                              :
------------------------------x
```

**ORDER**

On April 6, 2005, the Court of Appeals for the Second Circuit remanded this case to the district court for further proceedings in conformity with United States v. Crosby, 397 F.3d 103 (2d Cir. 2005). The Clerk shall docket the attached letter, dated April 29, 2005, from Attorney Joseph W. Martini, as a motion to appoint counsel on behalf of the defendant Rodney Brandy, and the motion is hereby GRANTED. The Clerk shall appoint Attorney Joseph Martini from the CJA panel to represent Rodney Brandy in connection with all further proceedings in this court in this case.

It is so ordered.

Dated this 9th day of May 2005, at Hartford, Connecticut.

                                               /s/
                                        Alvin W. Thompson
                                  United States District Judge