

**MANDATE**  FILED  2005 MAY 12  P 3: 11

D. Conn.
02-cr-250
Thompson, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 6 day of *April* two thousand and five,

Present:
    Hon. Wilfred Feinberg,
    Hon. Robert D. Sack,
    Hon. Robert A. Katzmann,
        *Circuit Judges.*

FILED APR 0 6 2005 Roseann B. MacKechnie, CLERK SECOND CIRCUIT

United States of America,

        Appellee,

    v.                                                                                    03-1697-cr (L)

Rodney Brandy, *et al.*,

        Defendants-Appellants.

Appellant Rodney Brandy moves to remand the case for resentencing. In light of the Supreme Court's decision in United States v. Booker, __U.S.__, 125 S.Ct. 738 (2005), and this Court's decision in United States v. Crosby, 397 F.3d 103 (2d Cir. 2005), the motion is granted and the case is remanded to the district court for further proceedings in conformity with Crosby. The Government's motion to remand to the district court to determine whether to resentence Appellant is denied as moot. The motion by Joseph W. Martini to be relieved as counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967), and the Government's motion for summary affirmance are denied without prejudice to renewal.

Any appeal taken from the district court's decision on remand can be initiated only by filing a new notice of appeal. See Fed. R. App. P. 3, 4(b).

A party will not waive or forfeit any appropriate argument on remand or on any appeal post-



-ISSUED MANDATE 5-3-05-

remand by not filing a petition for rehearing of this remand order.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Lucille Carr*

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
                DEPUTY CLERK

sao/nbs