**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Crim. No. 3:02CR250 (AWT) |
| | ) | |
| -v- | ) | |
| | ) | |
| RODNEY BRANDY, | ) | May 11, 2005 |
| Defendant. | ) | |
| | ) | |
| | ) | |

**APPEARANCE**

Please enter my appearance on behalf of the defendant, Rodney Brandy.

Dated at Southport, Connecticut, this 11th day of May, 2005.

Respectfully submitted,

_____

Joseph W. Martini (ct 07225)
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890
(203) 319-4000
(203) 259-0251 fax
jmartini@pepehazard.com

JWM/32836/2/68430v1
05/11/05-SPT/

-2-

**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent via U.S. Mail, postage prepaid,

this the 11th day of May, 2005 to the following:


H. Gordon Hall, Esq.
Assistant United States Attorney
United States Attorney's Office
157 Church Street, 23rd Floor
New Haven, CT  06510



_____

Joseph W.  Martini

JWM/32836/2/68430v1
05/11/05-SPT/