UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

FILED
2005 OCT 11 P 3: 52
U.S. DISTRICT COURT
NEW HAVEN, CT

Roseann B. MacKechnie
CLERK

Date: 10/7/05
Docket Number: 03-1697-cr  *Rodney*
Short Title: USA v. Sari(Brandy)
DC Docket Number: 02-cr-250
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Alvin Thompson

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 7th day of September, two thousand Five.

United States of America,

    Appellee,      (03-1697-cr (L)) 04-0422-cr (CON),

    v.

Rodney Brandy, Tyree Robinson, and Herbery Lowery,

    Defendant-Appellants.

The appeal having been dismissed on 10-7-05, for failure to prosecute,

And further noting that attorney Walter Charles Bansley has never been relieved as counsel in accordance with Local Rule 4(b),

It is Ordered that the appeal is reinstated by the Court sua sponte and that Walter Charles Bansley is relieved as counsel for the defendant appellant.

It is further Ordered that new counsel be appointed pursuant to the Criminal Justice Act.

For the Court,
Roseann B. MacKechnie, Clerk

By Jamie Kauffman
Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

CERTIFIED: 10-7-05