UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>)<br>) | Crim. No. 3:02CR250 (AWT) |
| -v- | )<br>)<br>) |  |
| RODNEY BRANDY,<br>    Defendant. | )<br>)<br>)<br>) | March 22, 2006 |

**MOTION FOR PERMISSION TO FILE BRIEF IN
SUPPORT OF REQUEST FOR RESENTENCING**

The defendant, Rodney Brandy, respectfully requests that this Court grant him permission to file a brief in support of his request to be resentenced, and states the following in support:

1.   The Second Circuit has remanded Mr. Brandy's case to this Court in light of United States v. Booker, 125 S. Ct. 738 (2005) and United States v. Crosby, 397 F.3d 103 (2d Cir. 2005) "for further proceedings in conformity with Crosby."

2.   Following this remand, which took place in April, 2005, undersigned counsel requested that the Court appoint him as CJA counsel for Mr. Brandy, which the Court did by Order dated May 9, 2005.

3.   At that time, undersigned counsel also requested permission to file with the Court a brief in support of Mr. Brandy's claim that this Court should order a resentencing in

1

light of <u>Booker</u> and <u>Crosby</u>. Because the Court has not yet acted on that request, Mr. Brandy renews it by this motion.

4. In the event the Court grants this motion, Mr. Brandy attaches a brief in support of his request that the Court order that he be resentenced.

Wherefore, for the reasons set forth above, Mr. Brandy respectfully requests permission to file the attached brief in support of his request that the Court resentence him in light of <u>Booker</u> and <u>Crosby</u>.

Respectfully submitted,

By:_____
  Joseph W. Martini (ct 07225)
  Pepe & Hazard LLP
  30 Jelliff Lane
  Southport, CT  06890
  (203) 319-4002
  (203) 259-0251 fax
  jmartini@pepehazard.com

2

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent by first-class mail, this 22nd day of March, 2006, to the following counsel of record:

H. Gordon Hall, Esq.
Assistant United States Attorney
Office of United States Attorney
157 Church Street, 23rd Floor
New Haven, CT  06510

_____
Joseph W. Martini

JWM/32836/2/75913v1
03/22/06-SPT/