**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>-v-<br><br>RODNEY BRANDY,<br>Defendant. | )<br>)<br>)<br>)  Crim. No. 3:02CR250 (AWT)<br>)<br>)<br>)<br>)  March 22, 2006<br>)<br>)<br>) |

**MOTION FOR PERMISSION TO FILE BRIEF IN**
**SUPPORT OF REQUEST FOR RESENTENCING**

The defendant, Rodney Brandy, respectfully requests that this Court grant him

permission to file a brief in support of his request to be resentenced, and states the following in

support:

1.    The Second Circuit has remanded Mr. Brandy's case to this Court in light of

United States v. Booker, 125 S. Ct. 738 (2005) and United States v. Crosby, 397 F.3d 103 (2d

Cir. 2005) "for further proceedings in conformity with Crosby."

2.    Following this remand, which took place in April, 2005, undersigned counsel

requested that the Court appoint him as CJA counsel for Mr. Brandy, which the Court did by

Order dated May 9, 2005.

3.    At that time, undersigned counsel also requested permission to file with the

Court a brief in support of Mr. Brandy's claim that this Court should order a resentencing in

1

JWM/32836/2/75913v1
03/22/06-SPT/

GRANTED.  The Clerk shall docket the attached memorandum.  It is so ordered.

Hartford, CT

4/4/06

light of <u>Booker</u> and <u>Crosby</u>. Because the Court has not yet acted on that request, Mr. Brandy

renews it by this motion.

     4.     In the event the Court grants this motion, Mr. Brandy attaches a brief in support

of his request that the Court order that he be resentenced.

     Wherefore, for the reasons set forth above, Mr. Brandy respectfully requests

permission to file the attached brief in support of his request that the Court resentence him in

light of <u>Booker</u> and <u>Crosby</u>.

Respectfully submitted,

By: _____

Joseph W. Martini (ct 07225)
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT  06890
(203) 319-4002
(203) 259-0251 fax
jmartini@pepehazard.com

2

## <u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was sent by first-class mail, this 22nd day

of March, 2006, to the following counsel of record:


H. Gordon Hall, Esq.
Assistant United States Attorney
Office of United States Attorney
157 Church Street, 23rd Floor
New Haven, CT  06510


Joseph W. Martini

JWM/32836/2/75913v1
03/22/06-SPT/