UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                 Plaintiff,                  :  Crim. No.:3:02CR250 (AWT)
                                             :
v.                                           :  Hon. Alvin W. Thompson,
                                             :  U.S.D.J.
RODNEY BRANDY,                               :
                                             :
                 Defendant.                  :  June 14, 2006
---------------------------------------------x

### NOTICE OF APPEAL

Notice is hereby given that Rodney Brandy, the defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Ruling on Request for Post-Booker Resentencing Upon Remand entered in this action on or about June 6, 2006.

A transcript is not being ordered. The Ruling appealed from was issued without a hearing.

Respectfully submitted,

By: _____
Joseph W. Martini (ct 07225)
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890
(203) 319-4002
(203) 259-0251 fax
jmartini@pepehazard.com

JWM/32836/3/77949v1
06/14/06-SPT/

## CERTIFICATION

I hereby certify that on this 14th day of June, 2006, the foregoing Notice of Appeal was sent by Federal Express to the Office of the Clerk, United States District Court for the District of Connecticut, Hartford and mailed postage prepaid to counsel as follows:

H. Gordon Hall, Esq.
Assistant United States Attorney
United States Attorney's Office
157 Church Street
New Haven, CT  06510

_____
Joseph W. Martini

JWM/32836/3/77949v1
06/14/06-SPT/