UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------- x
UNITED STATES OF AMERICA,                         :
        Plaintiff,                              :   3:02-cr-00250-AWT
                                                  :
v.                                                :
                                                  :
RODNEY BRANDY,                                    :
        Defendant.                              :
                                                  :   July 17, 2006
------------------------------------------------- x

## INDEX TO RECORD ON APPEAL

| DATE FILED | DOCUMENT NAME | DOCUMENT NO. |
| --- | --- | --- |
| 09/05/2002 | SEALED INDICTMENT | 1 |
| 05/06/2003 | PLEA AGREEMENT LETTER | 350 |
| 07/08/2003 | STATUS CONFERENCE | 405 |
| 07/24/2003 | SENTENCING – CONTINUED | 412 |
| 07/24/2003 | SENTENCING MEMORANDUM | 413 |
| 10/17/2003 | STATUS CONFERENCE | 489 |
| 10/22/2003 | MINUTE ENTRY: SENTENCING | 490 |
| 10/30/2003 | JUDGMENT | 495 |
| 10/30/2003 | NOTICE OF APPEAL | 499 |
| 08/24/2004 | TRANSCRIPT 5/6/03 | 626 |
| 08/24/2004 | TRANSCRIPT 10/22/03 | 627 |
| 09/16/2004 | TRANSCRIPT 7/24/03 | 629 |
| 09/16/2004 | TRANSCRIPT 10/17/03 | 630 |
| 05/12/2005 | MANDATE of USCA | 643 |
| 10/11/2005 | ORDER of USCA | 651 |
| 03/23/2006 | MOTION FOR LEAVE RE: BRIEF | 658 |
| 04/04/2006 | ORDER | 659 |
| 04/04/2006 | MEMORANDUM IN SUPPORT | 660 |
| 04/06/2006 | SENTENCING MEMORANDUM | 662 |
| 06/06/2006 | RULING | 664 |
| 06/15/2006 | NOTICE OF APPEAL | 668 |

JWM/32836/2/78415v1
07/17/06-SPT/

Respectfully Submitted,

_____
Joseph W. Martini (ct 07225)
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890
(203) 319-4000
(203) 259-0251 fax
jmartini@pepehazard.com

JWM/32836/2/78415v1
07/17/06-SPT/

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed by first class, postage prepaid, this 17th day of July, 2006 to the following counsel of record:

H. Gordon Hall, Esq.
Assistant United States Attorney
Office of United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

　　　　　　　　　　　　　　　　　／s／ Joseph W. Martini
　　　　　　　　　　　　　　　　　Joseph W. Martini