UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>-v-<br><br>RODNEY BRANDY<br>Defendant. | Crim No. 3:02CR250 (AWT)<br><br>March 20, 2008 |

## DEFENDANT'S SUPPLEMENTAL MEMORANDUM
## IN SUPPORT OF HIS MOTION FOR RESENTENCING

On May 6, 2003, defendant Rodney Brandy pleaded guilty to one count of conspiracy to possess with intent to distribute 50 grams or more of cocaine base in violation of 21 U.S.C. § 846. On October 22, 2003, the Court sentenced him principally to a term of imprisonment for 108 months, followed by five years supervised release. He remains incarcerated today with a projected release date of July 18, 2010, as stated on the Federal Bureau of Prisons' website.

On March 4, 2008, Brandy submitted a motion for resentencing pursuant to 18 U.S.C. § 3582(c)(2), amended U.S.S.G. § 2D1.1(c) (effective November 1, 2007), amended U.S.S.G. § 1B1.10 (effective March 3, 2008), and *Kimbrough v. United States*, 128 S.Ct. 558, 566 (2007), seeking a reduction in sentence under the amended United States Sentencing Guidelines for crack cocaine offenses. In its brief submitted March 8, 2006, the Government did not object to the Court imposing an amended sentence of 87 months, the low end of Brandy's amended guideline range.[1] This Court's decision is pending.[2]

---

[1] "For the reasons stated herein, the Government respectfully submits that the Court should issue an amended judgment and impose a reduced sentence of 87 months, which accounts for the two level reduction in the crack cocaine guidelines." United States Br. at pg. 1, March 6, 2008.

[2] For purposes of clarification, the Government incorrectly notes on page 1 of its brief that Brandy was sentenced on October 22, 2005. The Government, however, then correctly notes on page 6 of the same that Brandy was sentenced on October 22, 2003.

Undersigned counsel submits this supplemental memorandum to inform the Court of its understanding that Brandy will be released to a half-way house toward the end of this calendar year. Brandy's early-release, therefore, raises an immediacy to his § 3582(c)(2) petition. That is, should this Court grant his petition for resentencing, Brandy's amended release date would be October 18, 2008 as calculated under the amended Guidelines. The United States Probation Office confirms that date. *See* Addendum to the Presentence Report (attached as Exhibit A). Because Brandy is to be released to a halfway house in the months fast approaching, he respectfully requests an expedited decision in resentencing. As part of that request, Brandy seeks an immediate release to the halfway house. Brandy seeks an immediate release on the basis that his unobjected to amended sentence of 87 months, down from his original sentence of 108 months, would normally result in a 21 month reduction in sentence. However, since he is to be released to a halfway house toward the end of this calendar year, he cannot realize the full 21 month benefit of a reduction in sentence. Therefore, an immediate release would allow him some benefit, albeit a minor one, of his reduction in sentence.

DEFENDANT,
RODNEY BRANDY

By: /s/ Joseph W. Martini (ct 07225)
Wiggin and Dana LLP
P.O. Box 1832
New Haven, CT 06508-1832
Tel.: (203) 498-4400

## **CERTIFICATION**

This is to certify that a copy of the foregoing Addendum has been served via first class mail, postage prepaid this 20th day of March 2008 to the following counsel of record:

H. Gordon Hall, Esq.
Assistant United States Attorney
Office of the United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

_____
Joseph W. Martini

\19674\1\700396.1

ADDENDUM TO THE PRESENTENCE REPORT
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT
UNITED STATES V. RODNEY BRANDY; DKT. NO. 3:02CR00250(AWT)

**Date Sentence Imposed:** October 22, 2003

**Original Sentence Imposed:** 108 months' imprisonment, with credit for time served. Five years' supervised release to follow.

**Projected Release Date:** July 18, 2010

**Revised Release Date Estimate: October 18, 2008**

| ORIGINAL GUIDELINES CALCULATIONS | REVISED GUIDELINES CALCULATIONS |
|---|---|
| Total Offense Level: 31 | Total Offense Level: 29 |
| Criminal History Category: I | Criminal History Category: I |
| Imprisonment Range: 108 to 135 months | Imprisonment Range: 87 to 108 months |
| Difference in Sentencing Range: 21 to 27 ||

**Institution:** USP Lewisburg, Pennsylvania

**Public Safety Factors:** None.

**Institutional Adjustment:** The defendant's Progress Report has not yet been received from the Bureau of Prisons.

Respectfully submitted,

**EDWARD SCOTT CHINN
CHIEF U.S. PROBATION OFFICER**

By
    Jacqueline Carroll
    Senior U.S. Probation Officer

2

Reviewed and Approved:


**Ray Lopez**
**Senior U.S. Probation Officer**

**JC/jc**
**March 1, 2008**
**New Haven, CT**