AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 3:02CR00250(AWT) |
| Rodney Brandy ) | USM No: 14826-014 |
| Date of Previous Judgment: October 30, 2003 ) | Joseph W. Martini, Esq. |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __108__ months **is reduced to** __87__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level:  31              Amended Offense Level:  29
Criminal History Category:  I            Criminal History Category:  I
Previous Guideline Range:  108 to 135 months    Amended Guideline Range:  87 to 108 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __10/30/03__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  May 1, 2008                               /s/AWT
                                                  Judge's signature

Effective Date:  May 16, 2008          Alvin W. Thompson, United States District Judge
        (if different from order date)              Printed name and title